IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | |
| DWIGHT ELVIN LEMASTERS | : | 1:07-CR-393-JEC |

ORDER

Upon motion by the Defendant, DWIGHT ELVIN LEMASTERS, the Court hereby GRANTS the motion;

IT IS HEREBY ORDERED THAT the Defendant's conditions of supervised release shall be modified by eliminating the condition of home confinement and electronic monitoring. All other conditions shall remain unchanged.

SO ORDERED this the ___8th___ day of ___MAY___, 2013.

/s/ Julie E. Carnes
HON. JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

Presented by:

W. Matthew Dodge
Attorney for Mr. LeMasters