IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CASE NO: 1:07-CR-393-ELR |
| DWIGHT ELVIN LEMASTERS, | |
| Defendant. | |

ORDER

This matter is before the Court on Defendant Dwight Elvin Lemasters's ("Defendant") Motion to Terminate or Reduce Term of Supervised Release [Doc. 41] ("Motion").

On November 7, 2008, Defendant was sentenced to a term of sixty (60) months of imprisonment, followed by a lifetime of supervised release, after pleading guilty to one count of Receipt of Child Pornography in violation of 18 U.S.C. § 2252(a)(2)(A) and one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252 (a)(5)(B). (Docs. [35]; [36].)

On October 11, 2012, Defendant was released from prison and began his term of supervised release. See https://www.bop.gov/inmateloc/.

On February 16, 2018, Defendant filed his Motion to Terminate or Reduce Term of Supervised Release. Defendant's term of supervised release has no expiration.

In his Motion, Defendant requests that the Court terminate or modify his supervised release on the grounds that he has: (i) a strong support structure and stable home environment; (ii) no history of violence; (iii) not been arrested or committed any violations of supervision since his release; (iv) the early stages of dementia; (v) no recent psychiatric episodes; and (vi) no identifiable risk to public safety based on the Risk Prediction Index. Defendant's Probation Officer, Shannon Brewer, notified the Court that Defendant has completed home confinement without incident; completed sex offender treatment at the Highland Institute in April 2015 and continues to attend once a month for aftercare; has had twenty-five (25) drug tests, all of which have been negative; is retired and maintains a stable residence; and finally, has passed all of his polygraph examinations. Officer Brewer does not oppose nor make any recommendation regarding the Defendant's Motion, but defers to the Court.

The Court has considered Defendant's Motion, Officer Brewer's response, and the record in this matter. The Court determines that early termination is warranted in this case and grants Defendant's Motion. Defendant's term of supervised release is terminated effective June 1, 2018.

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Defendant Dwight Alvin Lemasters's Motion to Terminate or Reduce Term of Supervised Release [Doc. 41] is **GRANTED**. Defendant's term of supervised release is terminated effective June 1, 2018. The Defendant is still required to comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where he resides, works, is a student, or was convicted of a qualifying offense.

**IT IS SO ORDERED**, this 23rd day of May, 2018.

Eleanor L. Ross
United States District Judge
Northern District of Georgia